Rick R. Hsu, NV Bar # 5374
MAUPIN, COX & LeGOY
4785 Caughlin Parkway
P. O. Box 30000
Reno, NV 89520
(775) 827-2000 (office)
(775) 827-2185 (fax)
rhsu@mcllawfirm.com
*Attorneys for Defendant
Dixon Mobile Homes, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALDRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>DIXON MOBILE HOMES, INC. and DOES I-X,<br><br>    Defendants. | Case No.: 3:19-cv-00499-MMD-CBC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

Plaintiff ANGELA ALDRICH and Defendant DIXON MOBILE HOMES, INC., by and through their respective undersigned counsel of record, stipulate and agree that the above-referenced matter may be dismissed in its entirety with prejudice, with the parties to bear their own costs and attorney's fees incurred in the action.

DATED this 7th day of February, 2020.

MARK MAUSERT LAW OFFICE

By: _____
MARK MAUSERT
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*

DATED this 6th day of February, 2020

MAUPIN, COX & LeGOY

By: _____
RICK R. HSU
4785 Caughlin Parkway
Reno, Nevada 89520
*Attorney for Defendant*

1 | Pursuant to the stipulation, the matter is dismissed with prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2020

3:19-cr-499-MMD-CBC Stipulation and order to dismiss

2